JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN DIAZ PONCE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM BARR,<br><br>　　　　　Respondent. | Case No. CV 21-3410 JGB (PVC)<br><br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order Summarily Denying Petition for Writ of Habeas Corpus and Dismissing Action Without Prejudice as Moot,

　　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  January 25, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE